UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
ARISBEL GUSMAN,

                Plaintiff,

      -v-

THE CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF CORRECTION ("DOC"); NEW
YORK CITY POLICE DEPARTMENT ("NYPD");
BRONX COUNTY DISTRICT ATTORNEY'S
OFFICE; C.O. INVESTIGATOR PATRICIA
DOCKERY, DOC/IU SHIELD #559; C.O.
CRISTINA BREWLEY, DOC SHIELD #9949;
C.O. JACK, DOC SHIELD #U/K; C.O. JANE
DOE, DOC SHIELD #U/K; POLICE OFFICERS
JOHN DOE 1-4, SHIELD #U/K,

                Defendants.
--------------------------------------- X

19cv11691(DLC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/2020

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that all counsel in the above-captioned matter shall appear before this Court for the initial pretrial conference on Friday, January 31, 2020 at 2:30 p.m. in Courtroom 18B, 500 Pearl Street. **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**

Dated:    New York, New York
            January 28, 2020

                                          DENISE COTE
                              United States District Judge