```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
ARISBEL GUSMAN,                       :    19cv11691 (DLC)
                                      :
                                      :         ORDER
                    Plaintiff,        :
                                      :
          -v-                         :
                                      :
THE CITY OF NEW YORK; NEW YORK CITY   :
DEPARTMENT OF CORRECTION ("DOC"); NEW :
YORK CITY POLICE DEPARTMENT ("NYPD"); :
BRONX COUNTY DISTRICT ATTORNEY'S      :
OFFICE; C.O. INVESTIGATOR PATRICIA    :
DOCKERY, DOC/IU SHIELD #559; C.O.     :
CRISTINA BREWLEY, DOC SHIELD #9949;   :
C.O. JACK, DOC SHIELD #U/K; C.O. JANE :
DOE, DOC SHIELD #U/K; POLICE OFFICERS :
JOHN DOE 1-4, SHIELD #U/K,            :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On March 13, 2020, the parties filed a letter informing the Court that they had agreed to defer briefing and decision on the defendants' February 27, 2020 motion to dismiss the plaintiff's Monell claims. The plaintiff also requested an extension of time to oppose the defendants' motion to dismiss, and the defendants requested an extension of time to exchange initial disclosures. Accordingly, it is hereby

ORDERED that defendants' February 27 motion to dismiss the plaintiff's Monell claims and claims for declaratory relief is denied without prejudice to renewal. The defendants' February

27 motion to dismiss shall proceed as to the other claims of which defendants seek dismissal.

IT IS FURTHER ORDERED that the plaintiff's request for an extension of time to oppose the defendants' February 27 motion to dismiss is granted. Any opposition is due **April 4, 2020**. Any reply is due **April 18**.

IT IS FURTHER ORDERED that the defendants' request to extend the time to exchange initial disclosures to **March 27, 2020** is granted.

Dated: New York, New York
March 13, 2020

DENISE COTE
United States District Judge