```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19cv11691 (DLC)
ARISBEL GUSMAN,                          :
                                         :           ORDER
                    Plaintiff,           :
                                         :
          -v-                            :
                                         :
THE CITY OF NEW YORK; NEW YORK CITY      :
DEPARTMENT OF CORRECTION ("DOC"); NEW    :
YORK CITY POLICE DEPARTMENT ("NYPD");    :
BRONX COUNTY DISTRICT ATTORNEY'S         :
OFFICE; C.O. INVESTIGATOR PATRICIA       :
DOCKERY, DOC/IU SHIELD #559; C.O.        :
CRISTINA BREWLEY, DOC SHIELD #9949;      :
C.O. JACK, DOC SHIELD #U/K; C.O. JANE    :
DOE, DOC SHIELD #U/K; POLICE OFFICERS    :
JOHN DOE 1-4, SHIELD #U/K,               :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having reviewed the parties' letters of November 25 and 30, and cognizant of the requirements of Rules 1 and 26 of the Federal Rules of Civil Procedure, including the principle of proportionality, it is hereby

ORDERED that the conference to be held on December 7 is cancelled.

IT IS FURTHER ORDERED that the plaintiffs' depositions in Camacho and Gusman are, collectively, limited to ten depositions.

IT IS FURTHER ORDERED that the defendants' objection to item 18 in the Rule 30(b)(6) notice of November 23 is sustained.

IT IS FURTHER ORDERED that the plaintiffs may designate up to twenty documents for purposes of item 19 in that same notice.

IT IS FURTHER ORDERED that the defendants' objection to item 19(2) in that same notice is sustained.

IT IS FURTHER ORDERED that item 19(3) in that same notice requires a second deponent.  The two 30(b)(6) deponents shall account for two of the plaintiffs' ten depositions.

Dated:    New York, New York
          December 6, 2020

_____
DENISE COTE
United States District Judge